UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
SANTIAGO HERNANDEZ ENCISO, individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

JMR REST CORP. d/b/a RORY DOLAN'S RESTAURANT, BAR & CATERERS, and RORY DOLAN, as an individual,

                      Defendants.
-------------------------------------------------------------------------X

19-CV-10250 (KPF)

Stipulation of Voluntary Dismissal as to all Defendants Without Prejudice

IT IS HEREBY STIPULATED that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, as against all Defendants, without prejudice, in its entirety without costs or attorney's fees to either party as against the other in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 11, 2020
         Kew Gardens, New York

_____
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
718-263-9591
*Attorneys for Plaintiff*

_____
JAMES J. CUTRO
**LAW OFFICES OF JAMES J. CUTRO, PC**
1199 Route 22 East, Suite 304
Mountainside, New Jersey 07092
Tel (908) 408-5600
Fax (908) 408-5620
*Attorneys for Defendants*

**SO ORDERED**

_____
Hon. District Judge Katherine Polk Failla

This  12  day of  March , 2020